B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Southern District of New York

In re 1160 Third Avenue Food Service, Inc. , Case No. _____
                                          Debtor              Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Gui Ming Li et al<br>Attn: Brian G. Burke, Esq.<br>Sherman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | | Claims for unpaid wages | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $2,300,000.00 |
| NYS Dept. of Labor<br>WA Harriman Campus<br>Bldg 12, Rm 256<br>Central Assignment & Collection Sec<br>Albany, NY 12240-0001 | | Claims for unpaid wages | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $288,000.00 |
| Yi-Cheng Corp. (USA)<br>168-170 Forsyth St.<br>New York, NY 10002 | | Vendor | | $20,874.25 |
| Superior Restaurant Supply Co. Inc.<br>339 Troutman St.<br>Brooklyn, NY 11237 | | Vendor | | $17,665.75 |
| J J Trading LLC<br>40 Harrison St., #6N<br>New York, NY 10013 | | Vendor | | $12,875.21 |
| Pur Pac Inc<br>48-01 Metropolitan Ave.<br>Ridgewood, NY 11385 | | Vendor | | $9,638.60 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **1160 Third Avenue Food Service, Inc.**, Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Water Waste Prevention Co Inc<br>111 John Street<br>New York, NY 10038 | | | | $6,726.02 |
| A.H.L. Supply Inc<br>56-16 Oceania St.<br>Bayside, NY 11364 | | Vendor | | $6,581.40 |
| T.C. Leed Distributors Inc<br>1029 Dean St.<br>Brooklyn, NY 11238 | | Vendor | | $4,821.52 |
| Imperial Seafood Corp.<br>90 South 2nd St.<br>Brooklyn NY 11211 | | Vendor | | $4,556.30 |
| S & T Seafood Inc<br>129 Mott St.<br>New York, NY 10013 | | Vendor | | $2,813.35 |
| You Qing Chen<br>283-285 Broome St.<br>New York, NY 10002 | | Vendor | | $2,800.00 |

In re 1160 Third Avenue Food Service, Inc. , Case No. _____
                    Debtor                              Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bee-Line Beverage Inc<br>69-15 50 Ave.<br>Woodside, NY 11377 | | Vendor | | $2,401.60 |
| Ocean Frost Corporation<br>471 Mulberry St.<br>Newark, NJ 07114 | | Vendor | | $2,166.60 |
| Health Insurance Plan of Greater NY<br>Box 9329, G.P.O.<br>New York, NY 10087 | | Vendor | | $1,892.46 |
| Hai Thanh Seafood Co. Inc<br>19-21 Henry St.<br>New York, NY 10002 | | Vendor | | $1,670.20 |
| JM & Daughters Co. Inc<br>45-50 38 St<br>Long Island City, NY 11101 | | Vendor | | $1,425.60 |
| North Shore Linen<br>800 Chetic Ave.<br>Copiague, NY 11726 | | Vendor | | $1,105.30 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **1160 Third Avenue Food Service, Inc.**      Case No. _____

                     Debtor                    Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Ta Tung NY Inc<br>43-17 Main Street<br>Flushing, NY 11355 | | Vendor | | $1,015.20 |
| Southern Wine & Spirits of NY<br>PO Box 1038<br>Syosset, NY 11791 | | Vendor | | $950.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Tsu Yue Wang, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 7/23/11            Signature: _____

                                                   **Tsu Yue Wang, President**
                                                   (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.